UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Stephanie Barnes v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20039-DRH |
| *Rachael Bennett v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20067-DRH |
| *Amber Boone v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20102-DRH |
| *April Brafford v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20532-DRH |
| *Jessie Carter v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-20028-DRH |
| *Nicole Clark v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20430-DRH |
| *Brittany Collins v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-20500-DRH |
| *Shinice Curry v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-20132-DRH |
| *Tiffany Edney v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10240-DRH |
| *Roberta Hillen v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10241-DRH |
| *Kimberly Lyles v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-11531-DRH |
| *Rose Mann v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10245-DRH |

| | |
|---|---|
| *Kyle McGowan v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10234-DRH |
| *Melanie Newkirk v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12036-DRH |
| *Kristen Penninger v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10247-DRH |
| *Thelma Schwarz v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-13694-DRH |
| *Rhema Sherman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10239-DRH |
| *Kristina Taylor v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10244-DRH |
| *Cassandra Torres v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 12-cv-10547-DRH |
| *Jessica White v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11154-DRH |
| *Bobbie Wolicki v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-13568-DRH |
| *Kara Workman v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 11-cv-11977-DRH |
| *Shamonia Wright v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-11675-DRH |
| *Valerie Yousafzai v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 13-cv-10330-DRH |
| *Jessica Zeller v. Bayer Healthcare Pharmaceuticals, Inc., et al* | No. 10-cv-12758-DRH |

## **JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on October 29, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                          **JUSTINE FLANAGAN,**
                                          **ACTING CLERK OF COURT**

                                          BY: */s/Caitlin Fischer*
                                                      **Deputy Clerk**

Date: October 30, 2014

APPROVED: David R. Herndon
2014.10.30
12:17:19 -05'00'
        DISTRICT JUDGE
        U. S. DISTRICT COURT

3